T. F. West, Attorney General, for the State.

———

Peninsular Casualty Company, a Corporation, Plaintiff in Error, v. The State of Florida, Defendant in Error.

No. 2.  Writ of Error to a Judgment of the Circuit Court for Leon County.

Judgment of the Circuit Court affirmed; Per Curiam

decision of the Court, on authority of the opinion in No. 1, in this case.

John W. Dodge, for Plaintiff in Error;

T. F. West, Attorney General, for the State.